# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

ASHLEY MULLINS

_____/

**SEALED INDICTMENT**

4:25cr50-MW

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about July 27, 2024, in the Northern District of Florida, the defendant,

**ASHLEY MULLINS,**

being an inmate of a prison, the Federal Correctional Institution at Tallahassee, Florida, did knowingly possess a prohibited object, as defined in Title 18, United States Code, Section 1791(d)(1)(C), to wit, methamphetamine.

FILED USDC FLND TL
JUL 1 '25 PM 12:52

In violation of Title 18, United States Code, Sections 1791(a)(2) and 1791(b)(1).

A TRUE BILL:

███████████████████

FOREPERSON

7/1/25
DATE

JOHN P. HEEKIN
United States Attorney

ERIC W. WELCH
Assistant United States Attorney